| | | | |
|---|---|---|---|
| Com. v. Real Property and Improvements Known as 4231 N. Reese Street Philadelphia, PA 19140; Soto, In re (4231 N. Reese Street.).. | 09/09/2015 | 211 EAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 817 |
| Fry, In re; Com., In re .............. | 09/09/2015 | 256 MAL (2015) | Denied | Pa.Cmwlth., 110 A.3d 1103 |
| Heckman v. Sanchez ............. | 09/09/2015 | 267 MAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 816 |